**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**No. CV 12-0312 JH/LAM**
　　　　　　　　　　　　　　　　　　　　　　　　　　**CR 09-1766 JH**

**ADAM JASON GARCIA,**

    **Defendant/Movant**.

<u>**ORDER DENYING AS MOOT MOTION TO SUPPLEMENT THE RECORD**</u>

**THIS MATTER** is before the Court on the Government's *Motion to Supplement the Record (Doc. 8)*, in which the Government asks the Court to allow it to file a copy of the transcript of the plea hearing in Case No. 09-CR-1766 JH, which is referred to in the Government's response to Defendant/Movant's Section 2255 motion.  The Court notes that the transcript was filed in Case No. 09-CR-1766 JH as Document 53 on April 30, 2012.  Therefore, the Government's Motion to Supplement the Record will be **DENIED as moot.**  However, to ensure that Defendant/Movant has a copy of the transcript, the Court will order the Government to send a copy of the transcript to Defendant/Movant at his current address of record in Case No. 12-CV-312 JCH/LAM.

**IT IS THEREFORE ORDERED** that the Government's *Motion to Supplement the Record (Doc. 8)* is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Government shall send a copy of the plea hearing transcript [*Doc. 53*, filed in Case No. 09-CR-1176 JH] to Defendant/Movant, **within five (5) days** from entry of this order.

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**